UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-cr-000125-FL

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JORDAN DEION MITCHELL,
    Defendant.

**ORDER**

This matter is before the Court on Defendant Jordan Mitchell's Motion to Seal Sentencing Memorandum.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Sentencing Memorandum filed at docket entry 22 shall be sealed until further order of this Court.

SO ORDERED.

This the  30th  day of  September , 2016.

_____
LOUISE W. FLANAGAN
United States District Judge