


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-cr-123-FL
NO. 5:16-cr-124-FL
NO. 5:16-cr-125-FL
NO. 5:16-cr-126-FL

UNITED STATES OF AMERICA :
:
v. :
:
KAHLEEL DESHAWN SMITH :
DARRELL ALPHONSO JORDAN :
JORDAN DEION MITCHELL :
TYREE DEMETRIUS MCMILLAN :

**ORDER AND JUDGMENT OF FORFEITURE**

In the Criminal Informations in the above actions, the United States sought forfeiture of property of the defendants, Khaleel Deshawn Smith, Darrell Alphonso Jordan, Jordan Deion Mitchell, and Tyree Demetrius McMillan, pursuant to 18 U.S.C. § 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), as proceeds of the unlawful activity of the defendants as charged in the Criminal Information.

The defendants pled guilty to the Criminal Informations and agreed to forfeit the property listed in the Criminal Informations.

By virtue of the defendants' guilty pleas and agreement, the United States is now entitled to the defendant's interest in $10,984.00 currency, pursuant to 18 U.S.C. § 981(a)(1)(C).

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. Based upon the defendants' guilty pleas and agreement, the above-listed $10,984.00 currency is forfeited to the United States for disposition in accordance with the law; and

2. Any and all forfeited funds shall be deposited by the U.S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

In respect to the dollar amount forfeited by the defendants but not in the possession of or its whereabouts known to the Government, JUDGMENT is hereby entered against the defendants for the amount forfeitable, specifically, $10,984.00 currency, for which amount each defendant is jointly and severally liable.

In addition, upon sentencing and issuance of the Judgment and Commitment Orders, the Clerk of Court is directed to incorporate a reference to this Order and Judgment of Forfeiture in the applicable sections of the Judgments, as required by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A),

this Order shall be final as to the defendants at sentencing.

SO ORDERED. This 6th day of October, 2016.

LOUISE W. FLANAGAN
United States District Judge